DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of L.L., a child.

W.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D2025-1407
_____

January 2, 2026

Appeal from the Circuit Court for Pasco County; Lauralee G. Westine,
Judge.

Ilene F. Tuckfield of Ilene F. Tuckfield, P.A., Coral Gables, for Appellant.

Bruce Bartlett, State Attorney, Sixth Judicial Circuit, and Leslie M.
Layne, Assistant State Attorney, Clearwater, for Appellee Department of
Children and Families.

Adam Matthew Topel of Butler Weihmuller Katz Craig LLP, Pro Bono,
Statewide Guardian ad Litem Office, Tampa, and Sara Elizabeth
Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee
Guardian ad Litem Program.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.